# United States Court of Appeals
## For the First Circuit

---

No. 13-2272

MICHAEL DUNN,

Plaintiff, Appellant,

v.

TRUSTEES OF BOSTON UNIVERSITY,

Defendants, Appellees.

---

**ERRATA SHEET**

The opinion of this Court issued on July 30, 2014 is corrected as follows:

On page 25, footnote 7, line 2, replace "to small to read" with "too small to read"